RNN/m

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6212**-CR-ROETTGER
8 USC §1326(a)

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| RENALDO INACIO DE LIMA, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about July 31, 2000, at Broward County, in the Southern District of Florida, the defendant,

RENALDO INACIO DE LIMA,

an alien, having previously been ordered removed from the United States to Brazil on or about February 5, 2000, did knowingly and unlawfully attempt to enter the United States without the



Attorney General having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

Leonard Roth
FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** _____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| RENALDO INACIO DE IMA | **Superseding Case Information**: |

**Court Division:** (Select One)

___ Miami ___ Key West
X  FTL  ___ WPB ___ FTP

New Defendant(s)   Yes ___   No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) __YES__
   List language and/or dialect    __PORTUGESE__

4. This case will take __1__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                        (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | __X__ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | __X__ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 7/31/00 (INS CUSTODY-ADMINISTRATIVE)
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                        ROBERT N. NICHOLSON
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Florida Bar No. 0993996

*Penalty Sheet(s) attached                                        REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __RENALDO INACIO DE LIMA__ No. _____

Count #: I   8:1326(a); Illegal reentry after removal

*Max. Penalty: Two (2) years' imprisonment and $250,000 fine

Count #: _____

*Max. Penalty: _____

Count #: _____

Max. Penalty: _____

Count#: _____

Max. Penalty: _____

Count#: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96