# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

RENALDO INACIO DE LIMA

**WARRANT FOR ARREST**

CASE NUMBER: **00-6212**

- CR - ROETTGER

MAGISTRATE JUDGE SNOW

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __REYNALDO INACIO DE LIMA__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

attempted illegal re-entry after removal;

in violation of Title __8__ United States Code, Section(s) __1326(a)__

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

*Penny Butler*
Signature of Issuing Officer

Date AUG. 3, 2000
Fort Lauderdale, Florida
Date and Location

Bail fixed at $ __PRETRIAL DETENTION__

by __UNITED STATES MAGISTRATE JUDGE__
BARRY S. SELTZER
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:  Reynaldo Inacio De Lima

ALIAS:

LAST KNOWN RESIDENCE:  Krome Detention Center, Miami

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:  7-20-70

SOCIAL SECURITY NUMBER:  n/a

HEIGHT:  5' 10"    WEIGHT:  175 lbs

SEX:  Male    RACE:  White

HAIR:  Brown    EYES:  Hazel

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:  763-299-MBO

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:  INS Special Agent Tom Jasso, 7880 Biscayne Blvd., Miami, Florida 33138