| DEFT: | Renaldo Inacio De Lima (J)# | CASE NO: | 00-6212-CR-Roettger |
|---|---|---|---|
| AUSA: | Bob Nicholson /s/ Don Chase | ATTNY: | Darryl Wilcox |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | |

BOND HEARING HELD - yes/(no)   COUNSEL APPOINTED: FPD

___ BOND SET @  $ 250,000 Corp w/ nebbia Surety

CO-SIGNATURES: ____

SPECIAL CONDITIONS: ____

FILED by ____ D.C.
[AUG 9 2000]
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ___ Halfway House
    ___ Electronic Monitoring

A-advised of charges
A-sworn for counsel

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested
(Circle One)
Interpreter Request
No Interpreter
Not Known
_____ (Specify Language)

No Bond hearing.
Both sides stipulate to a high
OSB w/ nebbia, reserving
right to proceed w/ a PTD h
at a later date

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 8-24-00 | 11:00am | Snow |

DATE: 8-9-00   TIME: 11:00am   TAPE # 00-065 PG # 8
1556-1785
Recalled
2600-2832