


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6212-CR-Roettger

UNITED STATES OF AMERICA

vs

Renaldo Inacio De Lima

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 8-9-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: In Custody

Telephone: ______

DEFENSE COUNSEL: Name: FPD

Address: ______

Telephone: ______

BOND SET/~~CONTINUED~~ tentatively: $ 250,000 Corp. Surety w/nebbia-both sides ~~reserving right to proceed with PTD at a later date.~~

Bond hearing held: yes____ no X Bond hearing set for______

Dated this 9 day of August, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: [signature]
Deputy Clerk

Tape No. 00-065

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services

5/[handwritten]