AO 442 (Rev. 12/85) Warrant for Arrest     AUSA NICHOLSON - S/A JASSO INS    495855

## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

RENALDO INACIO DE LIMA

**WARRANT FOR ARREST**

CASE NUMBER: **00-6212**

**CR - ROETTGER**

MAGISTRATE JUDGE SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __REYNALDO INACIO DE LIMA__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

attempted illegal re-entry after removal;

in violation of Title __8__ United States Code, Section(s) __1326(a)__

RECEIVED 2000 AUG -4 AM 9:10 SOUTHERN DISTRICT OF FLORIDA FT. LAUD. OFFICE UNITED STATES ...

__CLARENCE MADDOX__                    COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                Title of Issuing Officer

*Jenny Butler* (signature)
Signature of Issuing Officer

Date AUG. 3, 2000
Fort Lauderdale, Florida
Date and Location

Bail fixed at $ PRETRIAL DETENTION

BARRY S. SELTZER (signature)
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |
| Ft. Lauderdal,e FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/3/00 | James A. Tassone United States Marshal Southern District of Florida | Edward Purchase, SDUSM |
| DATE OF ARREST 8/9/00 | | |