FILED by _____ D.C.

AUG 10 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
*Southern District of Florida*

UNITED STATES OF AMERICA )   Case Number: CR 00-6212-Roettger
            Plaintiff   )
                        )   REPORT COMMENCING CRIMINAL
        -vs-            )           ACTION
                        )
Renaldo Lemos DE LUNA   )                               55416-004
        Defendant

****************************************************************

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court      FT. PIERCE
                        (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.
****************************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8/8/00          am/(pm)

(2) Language Spoken: Portugese

(3) Offense(s) Charged: Reentry after Deportation

(4) U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 7/20/70

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint to be filed/already filed
    Case# 00-6212-Roettger

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SJFla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $ PTD Reg.
Who set Bond: Seltzer

(7) Remarks: _____

(8) Date: 8/8/00         (9) Arresting Officer: LEAR

(10) Agency: USINS               (11) Phone: 754-386-7790
                                              ext 109
(12) Comments: _____