IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6212-CR-ROETTGER

UNITED STATES OF AMERICA,  :

            Plaintiff,  :

v.  :

RENALDO I. DE LIMA,  :

           Defendant.  :

_____ :



### DEFENDANT'S INVOCATION OF RIGHTS TO
### SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials,



or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

                    Respectfully submitted,

                    KATHLEEN M. WILLIAMS
                    FEDERAL PUBLIC DEFENDER

By: _____
      Patrick M. Hunt
      Assistant
      Federal Public Defender
      Florida Bar No. 571962
      Attorney for Defendant
      101 N.E. 3rd Avenue, Suite 202
      Fort Lauderdale, Florida 33301
      (954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 10th day of August, 2000, to the office of the United States Attorney, Fort Lauderdale, Florida.

_____
Patrick M. Hunt