HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by _____ D.C.
AUG 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __DARREN STURTEVANT__ CASE NO: ~~99-6151-CR-ZLOCH~~
AUSA __CAROLYN BELL__ /Behnke/ ATTY __HENRY GONZALEZ__

*Supplemental tapes to be ready Friday*
*Not ready for trial*                                    O4b
                                                         @ 517

DEFT __RENALDO INACIO DE LIMA__ CASE NO: __00-6212-CR-ROETTGER__ ✓
AUSA __ROBERT NICHOLSON__ /Behnke/ ATTY __FPD - Sirote for Stey Hunt__ Pat

*Possible plea - disc out*
*Not ready - No tapes.*                                  @ 586

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DATE __8-24-00__    TIME __2:00__