UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6212-CR-ROETTGER



UNITED STATES OF AMERICA )
)
)
)
v. )
)
)
RENALDO DE LIMA, )
)
Defendant. )
_____ )

### GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing
Discovery Order. This response also complies with Local Rule 88.10
and Federal Rule of Criminal Procedure 16, and is numbered to
correspond with Local Rule 88.10.

    A.   1.   Attached, please find a copy of any written
               statements made by the defendant.

         2.   That portion of the written record containing the
               substance of any oral statement made by the
               defendant before or after arrest in response to
               interrogation by any person then known to the
               defendant to be a government agent is attached.



3.    No defendant testified before the Grand Jury.

4.    The NCIC record of the defendant is attached.

5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, Florida.  Please call the undersigned to set up a date and time that is convenient to both parties.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6.    A report analyzing and comparing the fingerprint sample provided by the defendant following his arrest in this case with the fingerprints previously provided in connection with his deportation is attached.

B.    DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.   This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D.    The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E.    The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at

2

trial.  There are no such witnesses in this matter.

F.      No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

C.      The government has advised its agents and officers involved in this case to preserve all rough notes.

H.      The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine)

I.      The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.      The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.      No contraband is involved in this indictment.

L.      The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.      The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.      To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.      The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial.  These stipulations will be

3

discussed at the discovery conference.

P.        At the discovery conference scheduled in Section
          A.5, above, the government will seek written
          stipulations to agreed facts in this case, to be
          signed by the defendant and defense counsel

The government is aware of its continuing duty to disclose
such newly discovered additional information required by the
Standing Discovery Order, Rule 16(c) of the Federal Rules of
Criminal Procedure, Brady, Giglio, Napue, and the obligation to
assure a fair trial.

In addition to the request made above by the government
pursuant to both Section B of the Standing Discovery Order and Rule
16(b) of the Federal Rules of Criminal Procedure, in accordance
with Rule 12.1 of the Federal Rules of Criminal Procedure, the
government hereby demands Notice of Alibi defense; the approximate
time, date, and place of the offense was:

              Date: July 31, 2000
              Place: Port Everglades, Florida

The attachments to this response are numbered pages 00001-00032.
Please contact the undersigned Assistant United States Attorney if
any pages are missing.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

                    By:

                              Robert N. Nicholson
                              Assistant United States Attorney
                              Florida Bar No. 933996
                              500 East Broward Blvd. Ste. 700
                              Ft. Lauderdale, Florida 33394
                              Tel: (954) 356-7255
                              Fax: (954) 356-7336

cc:  Special Agent Tom Jasso
     INS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing

was delivered by United States mail this August 24, 2000 to:

Patrick Hunt, AFPD
101 N.E. Third Ave.
Suite 202
Fort Lauderdale, Florida

Robert N. Nicholson
Assistant United States Attorney

5

U.S. Department of Justice

Immigration and Naturalization Service     **Notice to Alien Ordered Removed/Departure Verification**

File No: _76 525 807_

Date: _02/05/00_

Alien's Full Name: _Renualdo Inacio De Lima_

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States:

- ☒ for a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act .

- ☐ for a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of your having been ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.

- ☐ for a period of 20 years from the date of your departure from the United States as a consequence of your having been found inadmissible and of your having been previously excluded, deported, or removed from the United States.

- ☐ at any time because in addition to having been found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your deportation or removal has been effected, if you desire to reenter the United States within the period during which you are barred, you must request and obtain permission from the Attorney General to reapply for admission into the United States. You must obtain such permission prior to commencing your travel to the United States. Application forms for requesting such permission may be obtained by contacting any United States Consulate or office of the United States Immigration and Naturalization Service.

> WARNING: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Attorney General's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

_____     _SOI_     _Orlando, FL_
(Signature of officer serving warning)     (Title of officer)     (Location of INS office)

### Verification of Removal
(Complete this section for file copy only)

Departure date _2-5-00_    Port of departure _ORLANDO, FL_    Manner of departure _TR 767_

Signature of verifying officer _____    Title of officer _II_

Photograph of alien removed

X _____

Right index fingerprint of alien removed

**00001**

## DETERMINATION OF INADMISSIBILITY

File No: _76 525 807_

Date: _03/05/00_

In the Matter of: _Renaldo Inacie De Lima_

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Immigration and Naturalization Service has determined that you are inadmissible to the United States under section(s) 212(a) ☒ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

_You are ineligible for admission to the United States because you by fraud or willfully misrepresenting a material fact, seek to procure, (or have sought to procure or have procured) a visa and passport for admission to the United States or other benefit provided under the Immigration and Nationality Act. to wit You admitted under oath to have having a photo subbed Brazilian Passport and when Por the Summer 2200, to in Brasil. Under oath you admitted you came to live and working in the United States_

_YADIRA Morales 301_
Name and title of immigration officer (Print)

Signature of immigration officer

## ORDER OF REMOVAL
## UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

_YADIRA Morales_
Name and title of immigration officer (Print)

Signature of immigration officer

_Juan Hernandez ADPD_
Name and title of supervisor (Print)

Signature of supervisor, if available

☒ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

## CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on _3/5/00_

(Date)

Signature of immigration officer

**00002**

Form I-860 (Rev. 4-1-97)

| Alien's Name | File Number | Date |
|---|---|---|
| De Lima, Renalde ... | A-16 525 827 | 02/25/00 |

You are subject to removal, in that: (cont.)

You are ineligible for admission to the United States because: At the time of your application for admission to the United States you were not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act, to wit: You stated under oath that you are a citizen of Brazil and no other country. Also you stated that your intentions were to live and work in Miami, Florida. You do not have the proper documentation to do so, and you are not exempt of presenting such.

| Signature | Title |
|---|---|
| | 522 |

Form I-831 Continuation Page (Rev. 6/12/92)          *U.S. GPO: 1994-301-154/12740

00003

| LEAVE BLANK | CRIMINAL | | (STAPLE HERE) | | LEAVE BLANK |
|---|---|---|---|---|---|

STATE USAGE

NFF SECEND

SUBMITTEN     APPROXIMATE CLASS     AMPUTATION     SCAN

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

DA LIMA, RENALDO INACIO

SOCIAL SECURITY NO.     LEAVE BLANK

L. Rodley

HOLLER, JOAO

| DATE OF BIRTH | SEX | RACE | HGT | WGT | EYES | HAIR |
|---|---|---|---|---|---|---|
| 07-20-70 | M | W | 5'8' | 160 | BRO | BLK |



00004





**U.S. Department of Justice**
Immigration and Naturalization Service

HQREC 70/42.4 - C

*425 I Street NW*
*Washington, DC 20536*

AUG 7 2000

MEMORANDUM FOR Officer in Charge
Ft. Lauderdale, FL

ATTENTION: Senior Inspector Angela Lear

FROM: Office of Records, Headquarters, (HQREC)

SUBJECT: Certification Request(s) for August 3, 2000

Attached is(are) Certificate of Nonexistence of Record(s) relating to the following subject(s):

Renaldo Inacio De Lima          A-76 525 807

As a Management Analyst of the Records Services Branch, Office of Records, I have been duly authorized to make such certification in the absence of the Branch Chief.

KAREN A. MALVEAUX JOY
Management Analyst
Records Services Branch

Attachments

U.S. Department of Justice

Immigration and Naturalization Service          Certificate of Nonexistence of Record

CO 103.5-C

*August 4, 2000*

I, *Karen A. Malveaux Joy*, certify to the following:

That I am *a Management Analyst* in the Records Services Branch, Office of Records, Headquarters, of the Immigration and Naturalization Service, United States Department of Justice, and by virtue of the authority contained in Section 290(d) of the Immigration and Nationality Act and 8 CFR 103.7(d)(4), I have been delegated authority to certify nonexistence in the records of the Service of an official file, document, or records pertaining to a specified persons or subjects, in absence of the Branch Chief.

2. That the Immigration and Naturalization Service maintains centralized records relating to immigrant aliens who entered the United States on or after June 30, 1924, to nonimmigrant aliens who entered on or after June 30, 1948, and a centralized index of all persons naturalized on or after September 27, 1906.

3. That after a diligent search no evidence is found to exist in the records of the Immigration and Naturalization Service *of the granting of permission for admission into the United States after deportation or exclusion relating to* File No. A-76 525 807, Renaldo Inacio De Lima, born July 20, 1970 or July 20, 1976, in Brazil.

KAREN A. MALVEAUX JOY
Management Analyst
Records Services Branch

**00006**

FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
CLARKSBURG, WV



DATE:   August 1, 2000

TO:   U.S.I.N.S.
      FT. LAUDERDALE, FL

ATTN:   INSP. ALVAREZ

FROM:       DCFBIWAD2
            FBI
            SPECIAL PROCESSING CENTER - MODULE C-2
            1000 CUSTER HOLLOW ROAD
            CLARKSBURG, WV 26306

PHONE:      304-625-5584 (24 HOUR  - VOICE)
            304-625-5587 (24 HOUR  - AUTO FAX)

SUBJECT:   LIMA, RENALDO INACIO

YOUR CASE #:  N/A

DATE PRINTS SUBMITTED:  08-01-00

    The fingerprints you submitted on the above subject are
identical with:   DA LIMA, RENALDO INACIO
                  FBI# 763-299-MB0

    This subject's criminal history is available in and must be
obtained through the NCIC Interstate Identification Index (III).

                            AUTHORIZATION:   DRL/SPK

## CONFIDENTIALITY NOTICE

This facsimile transmission may contain confidential information belonging to the sender which is protected by law. The information is intended only for the use of the recipient named above. if you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any actions in reliance on the contents of this transmission is strictly prohibited.

**00007**

LEAVE BLANK

CRIMINAL

(STAPLE HERE)

LEAVE BLANK

| | | STATE USAGE | | | |
|---|---|---|---|---|---|
| | | NFF SECOND | | | |
| | | SUBMISSION | APPROXIMATE CLASS | AMPUTATION | SCAR |

STATE USAGE

Renaldo inacio de lima.

LAST NAME FIRST NAME MIDDLE NAME SUFFIX

LIMA,    Renaldo    I

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO

LEAVE BLANK

Renaldo inacio de lima

LAST NAME FIRST NAME MIDDLE NAME SUFFIX

| FBI | STATE IDENTIFICATION NO | DATE OF BIRTH  MM  DD  YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 7 - 20 - 70 | M | Wh | 5'-10" | 175 LBS | Ha | Ha |



00008



**U. S. Department of Justice**
Immigration and Naturalization Service

*Ft Lauderdale Int'l Airport*
*1800 Eller Drive, Suite 402*
*Ft Lauderdale, Florida 33316*

August 1, 2000

MEMORANDUM TO FILE

FROM:    Emeric Vaswani, Immigration Inspector
Ft Lauderdale Int'l Airport

SUBJECT:  10 Brazilian Smugglees and 2 Brazilian LPR Smugglers apprehended at Port Everglades
on July 31, 2000 arriving from Freeport, Bahamas aboard M V Discovery Sun :

LIMA,Renaldo Inacio de   DOB: 07/20/70 Male   A 77 013 269
CRUZ, Valmir Fernandes   DOB: 01/07/77 Male   A 77 013 268
GONCALVES, JoseCarlos DOB: 09/24/66 Male   A 77 013 265
ROCHA, Vanir Moreira     DOB: 04/14/65 Male   A 77 013 270
FILHO,AlbertinoHenriquezDOB:08/16/74 Male   A 77 013 264
FARIA, Jose Laia De      DOB:05/05/68 Male   A 77 013 266
SILVA, Degmar Adriano    DOB: 01/12/75 Male   A 77 013 267
MIRANDA, Paulo Xavier DOB: 05/17/69 Male   A 77 013 263
OLIVEIRA, Maria Gomes  DOB: 07/21/71 Male   A 77 013 261
SABINO, Jose Maria M.  .DOB: 04/09/62 Male   A 77 013 262
Smugglers: Pereira De Souza, Adenir DOB: 12/29/48 LPR A 34 597 677 IR-1
           Dos Santos , Almir Mart DOB: 03/31/61 LPR A 90 566 468 S 26

These 10 Brazilians were apprehended at Port Everglades as the two smugglers attempted to smuggle them
into Port Everglades from Freeport aboard the M/V Discovery Sun on July 31, 2000. The two Brazilian LPR
smugglers were also apprehended. Eight of the smugglees were escorted from Havana, Cuba by Adenir
Pereira de Souza, one of the LPR smugglers. The other two smugglees were met in the Bahamas by Almir
Martins Dos Santos, the other LPR smuggler, who met up with the others in Freeport.
All 10 of the smugglees had valid passports but Counterfeit Machine Readable Visas. They were all trans-
ported to Ft.Lauderdale Int'l Airport for secondary processing.

PRIMARY    MEMO



**U. S. Department of Justice**

Immigration and Naturalization Service

Ft Lauderdale Int'l Airport
1800 Eller Drive, Suite 402
Ft Lauderdale, Florida 33316

August 1, 2000

MEMORANDUM TO FILE

FROM:    Charles Alvarez, Immigration Inspector
         Ft Lauderdale Int'l Airport

SUBJECT: LIMA, Renaldo   A# 77 013 269

On 7/31/2000, the subject Renaldo Inacio de Lima arrived at Port Everglades, Florida aboard the
Discovery Sun. The subject who is a native and citizen of Brazil, presented a Brazilian passport
#CK575446 containing a fraudulent counterfeit U.S. Visa. Subject stated that he purchased the
visa in Brazil from an individual identified as Baino. Subject further states that he gave his passport
to Baino, who took the document to a travel agency identified as Levantur Turismo. At the travel
agency the visa was obtained with the subject's photo.

Subject is in violation of Section 212(a)(6)(C)(i) of the INA. He will be processed under Section 235(b)(1)
of the INA. Subject to be detained at the Krome Processing Facility pending removal to foreign.

**00010**

Form I-214
(Rev. 1-82)

AVISO DE DERECHOS

Antes de que le hagamos cualquier pregunta, usted debe de comprender sus derechos:

Usted tiene el derecho de guardar silencio.

Cualquier cosa que usted diga puede ser usada en su contra en un juzgado de leyes, o en cualquier procedimiento administrativo o de inmigración.

Usted tiene el derecho de hablar con un abogado para que el lo aconseje antes de que le hagamos alguna pregunta, y de tenerlo presente con usted durante las preguntas.

Si usted no tiene el dinero para emplear a un abogado, se le puede proporcionar uno antes de que le hagamos alguna pregunta, si usted lo desea.

Si usted decide contestar nuestras preguntas ahora, sin tener a un abogado presente, siempre tendrá usted el derecho de dejar de contestar cuando guste. Usted también tiene el derecho de dejar de contestar cuando guste, hasta que pueda hablar con un abogado.

He leido (o me han leido) esta declaracion sobre mis derechos, y comprendo cuales son.

REFUSED

_Richard Kozak S/A_

(Firma)       1 August 2000
          (Fecha y hora)

(Firma del funcionario de inmigracion)

7880 Biscayne blvd

(Firma del testigo)

RENUNCIA

Estoy dispuesto a prestar declaraciones y a contestar preguntas. Por el momento no deseo tener un abogado. Comprendo y estoy consciente de lo que estoy haciendo. No he sido objeto de promesas, amenazas, presion o coercion de ninguna clase.

REFUSED

(Firma)       (Fecha y hora)       (Lugar)

CERTIFICATION

I HEREBY CERTIFY that the foregoing Warning and Waiver were read by me to the above signatory, that he also read it and has affixed his signature hereto in my presence,

_Richard Kozak S/A_

Immigration Officer     Signature

Witness' Signature

Interpreter's Signature     _Isabelle de Rezende_     _Portuguese_
                                              Language

Interpreter's Address

INTERVIEW LOG

1. Person interviewed _Ronaldo Inacio de Lima_    2. Officer(s) _____

_____ 3. Place (exact address and identity of room) _____

_____ 4. Date _____

5. Exact Time place of encounter or arrest _____

6. If transported from place of encounter to interrogation point, show exact time involved. _____

Note whether interrogation continued during transporting _____

7. Officers making arrest and/or transporting subject _____

8. Time interview began _____ 9. Time subject or suspect advised of right to remain silent and if any statement could be used against him in court and name of officer furnishing advice _____

_____ 10. Time subject advised of right to presence of coun:

retained or appointed and name of officer furnishing advice _____

11. Time questioning concluded _____ 12. Time written statement commenced _____

13. Person preparing statement _____ 14. Time statement completed _____

15. Time statement reviewed by person interviewed _____ 16. Time statement signed _____

17. Record of requests and complaints of subject and actions taken thereon _____

_____

00011

(Continue on an attachment.)

**U.S. Department of Justice**
Immigration and Naturalization Service

**Record of Sworn Statement in Proceedings**
**under Section 235(b)(1) of the Act**

| Office: | PEV | | File No: | A# 77 013 269 | |
|---|---|---|---|---|---|
| Statement by: | LIMA, Renaldo I | | | | |
| In the case of: | LIMA, Renaldo I | | | | |
| At: | Ft Lauderdale Int'l Airport | | Date: | August 1, 2000 | |
| Before: | Charles Alvarez, Immigration Inspector | | | | |
| | | (Name and Title) | | | |
| In the | English | language. Interpreter | | RODRIGUEZ | used. |

I am an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and take testimony in connection with the Immigration and Nationality laws of the United States. I am also authorized by law to order certain inadmissible aliens removed from the United States without a hearing or review. I want to take your sworn statement regarding your application for admission to the United States.

Before I take your statement, I also want to explain your rights, and the purpose and consequences of this process.

Any statement you make may be used against you in this or any subsequent administrative proceeding.

You appear to be inadmissible to the United States.   If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to assist the Immigration and Naturalization Service in making a decision in your case. It is very important that you tell me the truth. Except as I will explain to you, you are not entitled to a hearing or review.

U.S. law provides protection to certain persons who face persecution or harm upon return to their country. If you fear or have a concern about being removed from the United States or about being sent home, you should tell me so. You will have the opportunity to speak privately and confidentially to another officer about your fear or concern. That officer will determine if you should not be removed from the United States because of that fear. It is important that you tell the truth. If you give misinformation, you may be subject to criminal or civil penalties, or barred from receiving certain immigration benefits or relief. Until a decision is reached in your case, you will remain in the custody of the Immigration and Naturalization Service.

Q. Do you understand what I have explained to you?

A. Yes

Q. Are you willing to answer my questions at this time?

A. Yes

Q. Do you swear or affirm that all the statements you are about to make are true and complete?

A. Yes

**00012**

Form I-867 A (4-1-97)

Q. What is your full, true and correct name?

A. Renaldo Inacio

Q. When and where were you born?

A. July 20, 1970 . Porto Esperidiao, mato grosso, Brazil

Q. What is your nationality?

A. Brazilian

Q. What is the nationality of your father and mother?

A. Brazilian

Q. Where were you coming from last night, on 7/31/2000?

A. Freeport

Q. Have you ever been in the United States before?

A. No

Q. Do you have an Alien registration number?

A. No

Q. Did you ever apply for a waiver?

A. No

Q. Was a waiver granted to you?

A. No

Q. Were you ever in Immigration Proceedings?

A. I tried to come here once from Freeport, but they returned me. About twenty days ago.

Q. Can you explain what happen the day you were returned

A. I was waiting for a plane in Miami when an inspector took my passport and returned me to Brazil

Q. Do you have any family; mother, father, brother, sister, spouse, or child who are citizens or permanent residents of the United States?

A. No

Q. Do you have any reason to believe that you are a citizen of the United States?

**00013**

    Form I-867 A (4-1-97)

A. No

Q. Where do you currently reside? State you full address and telephone number.

A. Avenida Joao de Paula #250 Centro, Nova Belem, Brazil

Q. What was your purpose in attempting to enter the United States yesterday?

A. I just came here on vacation. I just want to know the States.

Q. How much money do you have with you?

A. Seven hundred and sixty american dollars

Q. What is your occupation?

A. Truck driver

Q. Do you have a trade?

A. No

Q. Have you ever been arrested anywhere at any time?

A. No

Q. What documents did you present yesterday to the immigration inspector in the booth?

A. My passport and my ticket

Q. What name is on the documents(s)?

A. Inacio de Renaldo de Lima

Q. Have you ever used any other names?

A. No

Q. Why did you leave your home country or country of last residence?

A. I came here on vacation

Q. Who gave you the passport with your picture in it?

A. The passport I got from the federal police in Belo Horizonte

Q. How much did you pay for the passport?

A. I paid ninty five real dollars

Q. How did you find the individual, who made the passport?

**00014**

     Form I-867 A (4-1-97)

A. I went to the federal police

Q. How did you obtain the U.S. Visa that is in the passport?

A. I didn't know the visa was fraudulent. I got the visa from a travel agency in Rio De Janeiro

Q. How much did you pay for the visa?

A. I paid two hundred and sixty four real

Q. How did you know about the agency that you obtained the visa from?

A. I tried several times to obtain a visa from the Embassy and was denied. I met a person in the hotel in Rio who told me he could obtain a visa for me. I gave him my passport and he got the visa.

Q. What is the name of the travel agency and the person who obtained the visa for you?

A. Levantur Turismo. The persons nickname is Baino

Q. Where is the Travel agency located?

A. I don't know because I didn't go there. Baino went there for me.

Q. Where did you plan to stay while in the United States?

A. I was going to Disney. I don't know the name of the hotel

Q. Did anyone help you come to the United States?

A. No

Q. Were you traveling with anyone?

A. We had about ten people. We were together

Q. When did you arrive in Freeport?

A. I arrived there yesterday



**00015**

          Form I-867 A (4-1-97)

**U.S. Department of Justice**
Immigration and Naturalization Service

**Jurat for Record of Sworn Statement in
Proceedings under Section 235(b)(1) of the Act**

Office:   Ft Lauderdale Int'l Airport      File No:   A# 77 013 269

Q. Why did you leave your home country or country of last residence?

A. On vacation. I want to know disney

Q. Do you have any fear or concern about being returned to your home country or being removed from the United States?

A. No

Q. Would you be harmed if you are returned to your home country or country of last residence?

A. No

Q. Do you have any questions or is there anything else you would like to add?

A. I want to call my family. I want to know about my luggage. When will I return.


I have read (or have read to me) this statement, consisting of     5     pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above-named officer of the Immigration and Naturalization Service. I have initialed each page of this statement (and the corrections noted on page(s)_____).

Signature: _____

Sworn and subscribed to before me at      Ft Lauderdale Int'l Airport

on    August 1, 2000

                                    C. Alvarez, II
Officer, United States Immigration and Naturalization Service

Witnessed by: _____    C. Duchesne, SII

**00016**

           Form I-867 B (4-1-97)



**00017**

NACIONALIDADE BRASILEIRA · NATIONALITÉ BRÉSILIENNE · BRAZILIAN CITIZEN

Nome
Nom — RENALDO INACIO DE LIMA
Name

Sexo
Sexe — MASCULINO

Lugar e data do nascimento
Lieu et date de naissance — PORTO ESPERIDIÃO/MT
Place and date of birth — 20/JUL/1970

Filiação
Noms des parents — ANESIO INACIO DE LIMA
Father's and mother's name — ALVERTINA RODRIGUES DE LIMA

Registrado(a) DELEGACIA ed by
DE POLICIA MARÍTIMA
AEREA E DE FRONTEIRAS
BELO HORIZONTE

Válido até · Valable jusqu'au · Valid until
07 JUN 2005

Data de expedição · Délivré le · Issued on
08 JUN 2000

Cal. JOSE MIGUEL DIAS DA
Agente da Policia Federal
Matricula 622.

Nome e cargo do funcionario que a concede
Nom et qualité de l'agent expéditeur
Name and function of the issuing authority

00018

FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
CLARKSBURG, WV



DATE:  August 1, 2000

TO:  U.S.I.N.S.
     FT. LAUDERDALE, FL

ATTN:  INSP. ALVAREZ



FROM:      DCFBIWAD2
           FBI
           SPECIAL PROCESSING CENTER - MODULE C-2
           1000 CUSTER HOLLOW ROAD
           CLARKSBURG, WV 26306

PHONE:     304-625-5584 (24 HOUR  - VOICE)
           304-625-5587 (24 HOUR  - AUTO FAX)

SUBJECT:  LIMA, RENALDO INACIO

YOUR CASE #:  N/A

DATE PRINTS SUBMITTED:  08-01-00

   The fingerprints you submitted on the above subject are
identical with:     DA LIMA, RENALDO INACIO
                    FBI# 763-299-MB0

   This subject's criminal history is available in and must be
obtained through the NCIC Interstate Identification Index (III).

                           AUTHORIZATION:  DRL/SPK

## CONFIDENTIALITY NOTICE

This facsimile transmission may contain confidential information belonging to the sender which is protected by
law. The information is intended only for the use of the recipient named above. if you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution or taking of any actions in reliance
on the contents of this transmission is strictly prohibited.

**00019**

T2PD0633

```
  QUEUE TYPE:    PERSONAL             QUEUE NAME:  P34S
                                      MSG STATUS:   NACK
  ******************** TEXT OF MESSAGE *************** PAGE 01 ***************
FROM NCIC   ON 08/01/00 AT 13:36:03
FL01CQUP34S77700777
FLINS26T5
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/763299MB0. THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
  FBI          - FBI/763299MB0
END
```

```
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                          PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

```
 QUEUE TYPE:   PERSONAL          QUEUE NAME:  P34S
                                 MSG STATUS:  NACK
 ******************* TEXT OF MESSAGE *************** PAGE 01 **************
 FROM NCIC   ON 08/01/00 AT 13:36:06
 4L01CQUP34S77700777
 FLINS26T5                            ^
 ATN/LEAR
     S RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-763299MB0.
 bLuAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
 SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                 - FBI IDENTIFICATION RECORD -

 WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
 DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

 NAME                             FBI NO.        DATE REQUESTED
 DA LIMA,RENALDO INACIO           763299MB0      2000/08/01

 MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                           PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
 USE PF KEYS TO CONTINUE
 (PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

00021

T2PD0633

TECS II E. ..waL MESSAGE DISPLAY

```
   QUEUE TYPE:     PERSONAL            QUEUE NAME:   P34S
                                       MSG STATUS:   NACK
   ******************** TEXT OF MESSAGE *************** PAGE 02 **************
   SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
   M    W     1970/07/20  508     160     BRO   BLK   BRAZIL

   PATTERN CLASS                       CITIZENSHIP
   RS WU WU WU WU LS WU WU WU WU    BRAZIL
                 WU         LS

   1-ARRESTED OR RECEIVED 2000/02/05
      AGENCY-USINS ORLANDO (FLINS0500)
         AGENCY CASE-A76525807
         CHARGE 1-EXCLUDABLE ALIENS 8 USC 1182 (A) (6) (C) (I) (I)
         CHARGE 2-EXCLUDABLE ALIENS 8 USC 1182 (A) (6) (A) (I) (I)

      COURT-
         CHARGE-EXCLUDABLE ALIENS 8 USC 1182 (A) (6) (C) (I) (I)
   MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                         PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
   USE PF KEYS TO CONTINUE
   (PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

00022

QUEUE TYPE:    PERSONAL            QUEUE NAME:  P34S
                                  MSG STATUS:   NACK
******************** TEXT OF MESSAGE *************** PAGE 03 ***************
     SENTENCE-
     DEPORTED AT ORLANDO PORT OF ENTRY ON 2-5-00

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

    ' USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
   ICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

END OF RECORD




MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                           PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

```
TTD= P15P                                                    T2PRG007
   S RECORD ID P2642285200B02               ENTRY 020500 UPDATE 022200
NAME- LAST DE LIMA                              PHYSICAL IDENTIFIERS
FIRST RENALDO            MID              -      RACE   SEX M HAIR   EYES
     IMAGE           ALIAS M NICKNAME        STC   HT 000   WT 000   ENGLSH
PERSONAL-                                        S/M/T                MORE
  DOB 07201976  POB- CNTRY    ST    CITY                    CTZN BR MORE
  SSN         MORE   AFN 076525807 MORE   RES     EXC/SITE ER6  ORL   MORE M
  PPN              TYPE    CNTRY    ISSDT         EXPDT              MORE
ADDRESS- DATE       STREET                                  APT
  CITY                            STATE   CNTRY   ZIP     TYPE     MORE
CONTACT- DEPORTATION ORLANDO, FLORIDA          PHONE 4078551078
  OWNER          ROBERT W NEIGHBORS      CASE NBR                    MORE
PRIMARY 4  REFER TO INS SECONDARY      START  .     STOP        QRY NTFY 0
  STATUS SA INS LOOKOUT - ALIEN                CAT
REMARKS-  DATE 022300                                               MORE M
  SEE INS NAILS SYSTEM RECORD DE 07207602 FOR MORE INFORMATION.
  FINAL ORDER EXPEDITED REMOVAL PER SEC. 212(A)(6)(C) INA.
  MISREPRESENTATION/FRAUD.
  NO SUB-RECORDS
```

(F1/F2=HELP)(F3=MENU)(F4=HITLIST)(F8=NEXT PAGE)(F9=VIEW ACCESS)(F11=DISCLOSURE)
                          (F14/15=LINKLIST)(F16=PRINT)(F17=HOMEREC)

00024

```
CIMIDN              IMMIGRATION AND NATURALIZATION SERVICE        08/01/00
COMMAND:           CENTRAL INDEX SYSTEM - ID # SEARCH/DISPLAY      13:51:52

ID # (A/AA/C/DA/DL): A76525807            A#: 076525807    DOB: 07201976
   (FB/FP/I/PP/SS/TD)
   LAST: DE LIMA
  FIRST: RENALDO                                    NATZ DATE:
 MIDDLE: INACIO                                        COURT:
ALIASES:                                            LOCATION.

SEX: M      POE: ORL   COB: BRAZI    DOE: 02052000
FCO: MIA    COA: EXC   COC:                      FATHER: ANEZIO
PFCO:       SFCO:      DFO: 02232000  BIN        MOTHER: ALVERINA

      SSN:                    CONSOLIDATED A-NOS    --OTHER INFORMATION--
I-94 ADM #: 03016795007                          DACS-X  NAIL-X  VIOL-X
PASSPORT #:
    FBI #:
DRIVER LIC:
FINGER CD#:

        OVER-KEY ID NUMBER TO DISPLAY NEW PERSON.  PRESS ENTER.
CLEAR EXIT  PF3 REFRESH  PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY PF9 EAD
PF10 REQUIRES A SPECIAL SECURITY CLASS.                   PF10 NAILS PF11 EOIR
```

```
FIISM260                 NAT.  LOOKOUT INQUIRY                  .TE: 00/00/0000
INSP ID:                                                       TIME: 13:52:36


AGENCY: I  RECORD#: DE 07207602              @

L  .OUT NAME LAST : DE LIMA
              FIRST: RENALDO          -          MIDDLE  :
DATE OF BIRTH    : 07/20/1976                A-NUMBER: 076525807
-------------------------------------------------------------------------------
LEGAL/ALIAS  (L/A): L

COC:  BR          PASSPORT #:                           PASS CNTRY:

CASE CODE(S):   ER6      6C1                    SEX: M    RACE;

HAIR:      EYES:        HEIGHT:      INS.     WEIGHT:      LBS.
SCARS/MARKS:                             CANCEL DATE:  7/20/2066 ( PERM )
INITIAL COMMENTS:
COUNTRY OF BIRTH: BRAZI
)ATE OF ENTRY INTO THE COUNTRY: 02/05/2000
'ORT OF ENTRY INTO THE COUNTRY: ORL
)ATE DEPARTED FROM US: 02/05/2000
'F4-RETURN   PF7-SEND MESSAGE    PF9-ADDITIONAL INFO    PF11-TABLES    CLR-EXI
'RESS PF9 FOR ADDITIONAL COMMENTS AND LOOKOUT INFORMATION
```

```
FIXSM261                    NAILS LOOKOUT INQUIRY                 ᴅᴀTE: 00/00/0000
INSP ID:                                                         TIME: 13:52:41


AGENCY: I  RECORD#: DE 07207602
LOOKOUT NAME LAST : DE LIMA
            FIRST: RENALDO                 MIDDLE :
DATE OF BIRTH    : 07/20/1976         .  . A-NUMBER: 076525807
-----------------------------------------------------------------------------
LOOKOUT TYPE  (P/T): P                        CONV/REJ BY  .
REVIEW STATUS     : A                                     DATE: 00/00/0000
     OPTIONS: A = APPROVED                     PREPARED BY : DACS
             R = REVIEW REQUIRED (TEMPORARY)             DATE: 02/05/2000
             D = DENIED                        LAST UPD BY : DACS
             S = SENT TO RE-EDIT                         DATE: 02/22/2000
OFFICE: ORL  CONTACT NAME LAST : ORLANDO, FLORIDA
                         FIRST: DEPORTATION
                         PHONE: 407  855  1078
 ADITIONAL COMMENTS:
PORT DEPARTED FROM: ORL
COUNTRY DEPORTED TO: BRAZI
FINAL CHARGE CODE: I6C1  - ZZ212A6CI WILLFUL MISREPRESENTAT
CLASS OF ENTRY: OT
PF4-RETURN     PF7-MESSAGE     PF9-COMMENT     PF11-TABLES     CLR-EXIT
PRESS PF9 FOR ADDITIONAL COMMENTS OR PF4 TO RETURN
```

```
FIXMT215                 NAILS  LOOKOUT COMMENTS INQUIRY        DATE: 00/00/0000
INSP ID:                            .                           TIME: 13:52:47


LAST: DE LIMA                           FIRST: RENALDO
AGNY: I                                 REC #: DE 07207602      DOB: 07/20/1976
ALL COMMENTS:
COUNTRY OF BIRTH: BRAZI                      C
    OF ENTRY INTO THE COUNTRY: 02/05/2000
    OF ENTRY INTO THE COUNTRY: ORL
DATE DEPARTED FROM US: 02/05/2000  -
PORT DEPARTED FROM: ORL
COUNTRY DEPORTED TO: BRAZI
FINAL CHARGE CODE: I6C1  - ZZ212A6CI WILLFUL MISREPRESENTAT
CLASS OF ENTRY: OT
EXPENSE DESCRIPTION: ALIEN
DATE CASE WAS CLOSED: 02/05/2000
SUBJ PRESENTED PHOTOSUBBED PP AND MRV IN THE NAME OF HOLLER,
DAO. MRV CONTAINED COUNTERFETI AMCON CANCELATION STAMP.           .
SUBJ STATED HE PAID $2000.00 FOR THE PACKAGE (PP AND VISAS)
TO AN UNKNOWN VENDOR IN BRAZIL. CLAIMS FIRST ENTRY.              .


PF1-FWD    PF2-BACK    PF4-RETURN    PF7-MESSAGE    PF11-TABLES    CLR-EXIT
LAST ENTRY
```

00028

```
FIXSM260                    NAILS LOOKOUT INQUIRY              _..PE: 00/00/0000
INSP ID:                                                       TIME: 13:53:09


AGENCY: I  RECORD#: HOL07207600     RELATED LEGAL RECORD #: DE 07207602


LOOKOUT NAME LAST : HOLLER
            FIRST: JOAO                    MIDDLE :
DATE OF BIRTH     : 07/20/1976             A-NUMBER: 076525807
--------------------------------------------------------------------

LEGAL/ALIAS  (L/A): A

COC:   BR          PASSPORT #:                        PASS CNTRY:

CASE CODE(S):   ER6      6C1                    SEX: M    RACE:

HAIR:        EYES:        HEIGHT:      INS.    WEIGHT:      LBS.
SCARS/MARKS:                             CANCEL DATE:  7/20/2066 ( PERM )
INITIAL COMMENTS:
:OUNTRY OF BIRTH: BRAZI                     ₲
' '? OF ENTRY INTO THE COUNTRY: 02/05/2000
     OF ENTRY INTO THE COUNTRY: ORL
)ATE DEPARTED FROM US: 02/05/2000  -
'F4-RETURN    PF7-SEND MESSAGE    PF9-ADDITIONAL INFO    PF11-TABLES    CLR-EXI
'RESS PF9 FOR ADDITIONAL COMMENTS AND LOOKOUT INFORMATION
```

```
FIXSM261                      NAILS LOOKOUT INQUIRY              DATE: 00/00/0000
INSP ID:                                                        TIME: 13:53:13

AGENCY: I  RECORD#: HOL07207600      RELATED LEGAL RECORD #: DE 07207602
LOOKOUT NAME LAST : HOLLER
              FIRST: JOAO                     MIDDLE :
DATE OF BIRTH    : 07/20/1976                 A-NUMBER: 076525807
---------------------------------------------------------------------------
LOOKOUT TYPE (P/T): P                    Ô          CONV/REJ BY :
REVIEW STATUS    : A                                    DATE: 00/00/0000
    OPTIONS: A = APPROVED                       PREPARED BY : DACS
             R = REVIEW REQUIRED (TEMPORARY)        DATE: 02/05/2000
             D = DENIED                         LAST UPD BY : DACS
             S = SENT TO RE-EDIT                    DATE: 02/22/2000
OFFICE: ORL  CONTACT NAME LAST : ORLANDO, FLORIDA
                         FIRST: DEPORTATION
                         PHONE: 407  855  1078
ADDITIONAL COMMENTS:
PORT DEPARTED FROM: ORL
COUNTRY DEPORTED TO: BRAZI
FINAL CHARGE CODE: I6C1  - ZZ212A6CI WILLFUL MISREPRESENTAT
CLASS OF ENTRY: OT
 PF4-RETURN      PF7-MESSAGE      PF9-COMMENT    PF11-TABLES     CLR-EXIT
PRESS PF9 FOR ADDITIONAL COMMENTS OR PF4 TO RETURN
```

00030

```
LAST: HOLLER                    FIRST: JOAO
AGNY: I                         REC #: HOL07207600    DOB: 07/20/1976
ALL COMMENTS:
COUNTRY OF BIRTH: BRAZI
DATE OF ENTRY INTO THE COUNTRY: 02/05/2000
PORT OF ENTRY INTO THE COUNTRY: ORL
DATE DEPARTED FROM US: 02/05/2000
PORT DEPARTED FROM: ORL
COUNTRY DEPORTED TO: BRAZI
FINAL CHARGE CODE: I6C1  - ZZ212A6CI WILLFUL MISREPRESENTAT
CLASS OF ENTRY: OT
EXPENSE DESCRIPTION: ALIEN
DATE CASE WAS CLOSED: 02/05/2000
SUBJ PRESENTED PHOTOSUBBED PP AND MRV IN THE NAME OF HOLLER,
JOAO. MRV CONTAINED COUNTERFETI AMCON CANCELATION STAMP.
SUBJ STATED HE PAID $2000.00 FOR THE PACKAGE (PP AND VISAS)
TO AN UNKNOWN VENDOR IN BRAZIL. CLAIMS FIRST ENTRY.
```

FWD    PF2-BACK     PF4-RETURN     PF7-MESSAGE     PF11-TABLES   CLR-EXIT
LAST ENTRY

TID=P15P A182 ORLANDO, INT'L AP (TERM 4)                         T2PRM905
     FLIGHT#:  TR 766  TRANSBRASIL S.A. LINHA
DOC TYPE: V #: CJ838720    CNTRY: BR BRAZIL                SEX: M
DNAME(LAST): HOLLER                      FRST: JOAO           DOB: 061061
RFRD BY:            MORALES/Y-INS INSPECTOR-B       DTE: 02052000 TME: 1756
REASON:
PLEASE CHECK VISA.


SNAME(LAST):                            FRST:                  DOB:
NATIONALITY:    BR   BRAZIL
DISPOSITION:    ERR EXPEDITED REMOVAL  ORDERED REMOVED
 'ARGE (CODED):  6C1 MISREPRESENTATION/FRAUD
   ERRED TO POE:                       LOOKOUT MATCH?  (Y/N)
SECONDARY OFFICER: MORALES/Y-INS- INSPECTOR-B        02/05/2000   18:53
COMMENTS:
SUBJECT ADMITTED TO BUYING THE PASSPORT AND MRV FROM AN UNKNOWN MAN IN BRAZIL.
HE SAID HE PAID THE AMOUNT OF $2000.00 FOR PP AND VISA. HIS REAL NAME IS
RENALDO INACIO DE LIMA. ERR EXECUTED. SUBJ DEPARTED SAME DAY.


   (PF1=HELP)  (PF2=FLD HELP)  (PF3=MAIN MENU)  (PF4=PREV MENU)  (PF9=VIEW ACCESS)
              (PF14=LINKLIST)  (PF15=PREV LINKLIST)  (PF17=HOME BASE)

00032