UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 6212-CR-ROETTGER

UNITED STATES OF AMERICA,     :

    Plaintiff,     :

v.     :

REINALDO INGACIO DE LIMA,     :

    Defendant.     :

FILED by D.C.
AUG 2 5 2000

**STATUS REPORT**

A status conference was held in this cause on August 24, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case likely will be resolved by way of plea.

DATED at Fort Lauderdale, Florida, this 25th day of August, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robert Nicholson (FTL)
AFPD Pat Hunt (FTL)