HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

COURT MINUTES

Case No.: 00-6212　　　　　　　　Date: 21 Nov 00
Courtroom Clerk: P. Hart　　　　Court Reporter: J. Reeves
Probation Officer: ____　　　　Interpreter: ypo/

Plaintiff(s): USA　　　　　　　　Counsel: Michaelson

Defendant(s): Renaldo Inacio de Lima　Counsel: F. Hunt

Reason For Hearing: Plea

Result of Hearing/Judgment: Δ plead & adj as guilty. P-S-I waived. Time served. Assessia $100.00 Marshals to surrender D to D-N-S.

Misc.: ____